STATE *vs.* PETER FRAME and DAVID FRAME, negroes.

Property in several; larceny of, how laid.

Indictment, larceny of forty bushels of Indian corn in the ear; the goods and chattels of David Burton and Burton Hall.

The proof was, that the corn taken belonged to Burton Hall and David Burton, tenants, and to Henry C. Waples, landlord, being part of a crop raised on shares 'and undivided.

*Mr. Cullen* objected that the property should have been laid in Waples also. He cited, 3 *Johns. Rep.* 215, 220; 8 *Ibid* 151; 8 *Cow.* 220; *Archb. Pl.* 30.

*The Court* being of this opinion, the defendants were acquitted.